# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | 14th Judicial District Court Dallas County, Texas | DC-25-19136 |

2. **Style of the Case:** *Temani Adams v. Allstate Vehicle and Property Insurance Company*

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | Plaintiff: Temani Adams | Steven Le Brocq State Bar No. 24094791 stephen@lebrocqhorner.com Evan Horner State Bar No. 24104545 evan@lebrocqhorner.com LE BROCQ & HORNER, PLLC 2828 E. Trinity Mills Road, Suite 221 Carrollton, Texas 75006 (469) 930-4385 (866) 820-6005 (Fax) |

|  |  |
|---|---|
| Defendant:<br>Allstate Vehicle and Property<br>Insurance Company | Susan E. Egeland<br>State Bar No. 24040854<br>susan.egeland@faegredrinker.com<br>Sara E. Inman<br>State Bar No. 24073098<br>sara.inman@faegredrinker.com<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2323 Ross Ave., Suite 1700<br>Dallas, Texas  75201<br>(469) 357-2500 (Telephone)<br>(469) 327-0860 (Fax) |

**3.   Jury Demand:**

Was a Jury Demand made in State Court?            No

    If "*Yes*," by which party and on what date?

    _____    _____
    Party    Date

**4.   Answer:**

Was an Answer made in State Court?            Yes

    If "*Yes*," by which party and on what date?

    <u>Allstate                  </u>    <u>November 6, 2025          </u>
    Party    Date

**5.   Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| N/A |  |

**6.   Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| N/A |  |

2

**7.     Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiffs | Noncompliance with Chapters 541 and 542 of the Texas Insurance Code, fraud, conspiracy to commit fraud, breach of contract, and breach of the duty of good faith and fair dealing |