# EXHIBIT B

## Case Information

DC-25-19136 | TEMANI ADAMS vs. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-25-19136 | 14th District Court | MOYE', ERIC |
| File Date | Case Type | Case Status |
| 10/07/2025 | CNTR CNSMR COM DEBT | OPEN |

## Party

**PLAINTIFF**
ADAMS, TEMANI

Active Attorneys▼
Lead Attorney
LE BROCQ, STEPHEN KENJI
Retained

**DEFENDANT**
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

Active Attorneys▼
Lead Attorney
EGELAND, SUSAN ELIZABETH
Retained

## Events and Hearings

10/07/2025 NEW CASE FILED (OCA) - CIVIL

10/07/2025 ORIGINAL PETITION ▼

PLAINTIFF'S ORIGINAL PETITION

10/07/2025 ISSUE CITATION ▼

ISSUE CITATION - ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

10/13/2025 CITATION▼

Served
10/17/2025

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
10/17/2025
Comment
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

10/17/2025 RETURN OF SERVICE ▼

EXECUTED CITATION - ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

> Comment
> EXECUTED CITATION - ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

11/06/2025 ORIGINAL ANSWER - GENERAL DENIAL ▼

DEF ANSWER TO PLT'S ORIGINAL PETITION

> Comment
> TO PLAINTIFF'S ORIGINAL PETITION

10/06/2026 Non Jury Trial ▼

Judicial Officer
MOYE', ERIC

Hearing Time
9:30 AM

## Financial

**ADAMS, TEMANI**

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $358.00 |
| | Total Payments and Credits | | | $358.00 |
| 10/8/2025 | Transaction Assessment | | | $358.00 |
| 10/8/2025 | CREDIT CARD - TEXFILE (DC) | Receipt # 73090-2025-DCLK | ADAMS, TEMANI | ($221.00) |
| 10/8/2025 | STATE CREDIT | | | ($137.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION

ISSUE CITATION - ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

EXECUTED CITATION - ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

DEF ANSWER TO PLT'S ORIGINAL PETITION