# EXHIBIT D

FILED
10/17/2025 1:07 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Harper Ream DEPUTY

## CAUSE NO. DC-25-19136

| | | |
|---|---|---|
| TEMANI ADAMS | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § | |
| Defendant. | § | 14TH DISTRICT COURT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Oct 15, 2025, 9:32 am**,

CITATION AND PLAINTIFF'S ORIGINAL PETITION,

and was executed at **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **10:03 AM** on **Fri, Oct 17, 2025**, by delivering a true copy to the within named

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY GEORGE MARTINEZ, INTAKE SPECIALIST**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age, and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **CRISTI WHITE**, I am at least 18 years old, and my address is **PO Box 130743, Dallas, TX 75313**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX**, on **October 17, 2025**.

*Cristi White*

CRISTI WHITE
Certification Number: PSC-22936
Certification Expiration: 08/31/2027

# THE STATE OF TEXAS

**ESERVE**

## CITATION

**To:** ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX  75201

**No.:** **DC-25-19136**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Dallas, Texas 75202.

**TEMANI ADAMS
vs.
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

Said Plaintiff being **TEMANI ADAMS**

**ISSUED
on this the 13th day of October, 2025**

Filed in said Court  **7th day of October, 2025** against

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

**FELICIA PITRE
Clerk District Courts,
Dallas County, Texas**

For Suit, said suit being numbered **DC-25-19136,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

By: **CYNTHIA WILLIS**, Deputy

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 13th day of October, 2025**

**Attorney for Plaintiff
STEPHEN KENJI LE BROCQ**
2828 E TRINITY MILLS RD STE 221
CARROLLTON TX  75006-2365
469-930-4385
STEPHEN@LEBROCQHORNER.COM

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

By_____, Deputy
**CYNTHIA WILLIS**

