# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TEMANI ADAMS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO.: _____ |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## LIST OF COUNSEL OF RECORD

**Counsel for Plaintiff**

Steven Le Brocq
State Bar No. 24094791
stephen@lebrocqhorner.com
Evan Horner
State Bar No. 24104545
evan@lebrocqhorner.com
LE BROCQ & HORNER, PLLC
2828 E. Trinity Mills Road, Suite 221
Carrollton, Texas 75006
(469) 930-4385
(866) 820-6005 (Fax)

**Counsel for Defendant**

SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Avenue, Suite 1700
Dallas, Texas  75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)