UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEMANI ADAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO.: 3:25-cv-03069-N |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

**JOINT REPORT**

Pursuant to the Court's November 12, 2025 Order Requiring Status and Scheduling Conference [Doc. 7], the parties file this Joint Report.

**1. The parties are directed to confer within 14 days of the date of this Order regarding the following matters, and report to the Court within 14 days after the conference the parties' position.**

a. a <u>brief</u> statement of the nature of the case and the contentions of the parties:

This lawsuit arises out of an insurance claim submitted by Plaintiff to Allstate for coverage of alleged damages to Plaintiff's real and personal property stemming from burglaries on November 21, 2024 and December 17, 2024.

Plaintiff alleges Defendant improperly denied Plaintiff's insurance claim. Plaintiff alleges causes of action against Defendant for breach of the insurance contract, violations of Chapter 542 of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act and violations of Chapter 541 of the Texas Insurance Code.

Defendant denies Plaintiff's allegations in this lawsuit. Defendant denied Plaintiff's insurance claim on the basis of fraud and misrepresentation per the Policy and because Plaintiff was not the owner of the insured premises.

b. **the status of settlement discussions (excluding any discussion of amounts).**

Settlement discussions have not taken place.

c. **possible joinder of additional parties.**

No additional parties are anticipated at this time.

d. **any anticipated challenges to jurisdiction or venue.**

The parties do not anticipate any challenges to jurisdiction or venue.

e. **date by which the case will be ready for trial and estimate length of trial.**

The parties propose January 25, 2027. The parties anticipate the trial will last 2-3 days.

f. **the desirability of ADR; and the timing for ADR.**

Defendant does not believe mediation be successful at this time because Defendant denied Plaintiff's insurance claim on the basis of fraud and misrepresentation per the Policy.

g. **any objections to disclosure under Rule26(a)(1).**

The parties do not object to disclosures under Rule 26(a)(1) and agree to serve their initial disclosures by December 30, 2025.

**2.     The parties are directed to hold the conference required by Rule 26(f) within 14 days of the date of this Order and report to the Court as required by that Rule.**

The parties first conferred on November 24, 2025. Susan Egeland for Defendant and Stephen Le Brocq for Plaintiff participated in the conference. The parties anticipate that discovery may be needed regarding the circumstances of Plaintiff's insurance claim(s); the scope and cost of alleged damages to Plaintiff's property; and the circumstances of Plaintiff's ownership of the premises at issue and the underlying litigation related to same. The Parties plan to serve written discovery, depose fact witnesses, prepare expert reports, and present experts for deposition.

**Counsel for Defendant:**
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**Counsel for Plaintiffs:**
STEPHEN LE BROCQ
State Bar No. 2409791
stephen@lebrocqhorner.com
2828 East Trinity Mills Road, Suite 221
Carrollton, Texas 75006
(469) 930-4385
(866) 820-6005 (fax)

| | | |
|---|---|---|
| */s/ Stephen Le Brocq (w/permission)* <br> Counsel for Plaintiff(s) | Date | December 5, 2025 |
| /s/Susan E. Egeland <br> Counsel for Defendant(s) | Date | December 5, 2025 |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on December 5, 2025, via ECF notification.

                                            */s/ Susan E. Egeland*
                                            SUSAN E. EGELAND